PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                           )<br>)<br>**Stephanie Golden**                      )<br>) | **Docket Number:  1:03CR05027-02 OWW** |

On May 23, 2005, the above-named was placed on Supervised Release for a period of 3 years.  Ms. Golden has complied with the rules and regulations of supervision.  In addition, she paid her restitution in full on June 10, 2005. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO
United States Probation Officer**

Dated:    July 17, 2006
          Fresno, California


**REVIEWED BY:**      /s/ Bruce Vasquez
                  **BRUCE VASQUEZ
                  Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Stephanie Golden**
**Docket Number:   1:03CR05027-02 OWW**
**ORDER TERMINATING SUPERVISE RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| August 9, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **Oliver W. Wanger** |
| | **Senior United States District Judge** |

JTP

Attachment:   Recommendation
cc:    United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office